### IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
### DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES B. CARTER, )<br>    Plaintiff, )<br>        )<br>  vs.     )<br>        )<br>MICHAEL B. DONLEY, )<br>SECRETARY OF THE )<br>AIR FORCE,    )<br>Defendant.     ) | No. 09-997 LPS |

### MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE AND TRIAL

Plaintiff respectfully moves the Court for a continuance of the pre-trial conference scheduled for December 12, 2011 and the trial scheduled for January 4, 2012 on the following grounds:

1. This matter was assigned for mediation to Magistrate Judge Thynge.

2. Counsel for plaintiff, counsel for defendant and Judge Thynge held a conference relating to settlement of this matter on March 29, 2011.

3. Counsel for Plaintiff and defendant have agreed in principle on a settlement of this claim such that a trial would not be necessary.

4. Gary D. Berg, Esq., original counsel for plaintiff, died on July 7, 2011, prior to making final arrangements for settlement.

5 . Substitute counsel for plaintiff has until today been unable to locate the plaintiff with regard to the proposed settlement.

6. Plaintiff suffers from multiple sclerosis and is under care by the Department of Veterans Affairs for this and other conditions.

7. Counsel for Defendant has been contacted with regard to this motion and does not oppose

the motion.

WHEREFORE, Plaintiff respectfully requests a continuance of the scheduled December 12, 2011 pre-trial conference and the January 4, 2012 trial date, that the Court set this matter for a further status conference in 30 – 45 days, and for all other relief the Court deems just and proper.

DATED: December 8, 2011          ____/s/ Kenneth T. Kristl_____
                                 Kenneth T. Kristl, Esq.
                                 Widener Environmental and Natural Resources Law Clinic
                                 4601 Concord Pike
                                 Wilmington, DE 19803
                                 (302) 477-2053
                                 Ktkristl@widener.edu

                                 Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| CHARLES B. CARTER, )<br>    Plaintiff, )<br> )<br>    vs. )<br> )<br>MICHAEL B. DONLEY, )<br>SECRETARY OF THE )<br>AIR FORCE, )<br>Defendant. ) | No. 09-997 LPS |

**ORDER FOR CONTINUANCE OF PRE-TRIAL CONFERENCE AND TRIAL**

The Plaintiff has requested an indefinite continuance of the pre-trial conference scheduled in this matter for December 12, 2011 and the trial scheduled for January 4, 2012. Plaintiff has averred that plaintiff and defendant have reached a tentative settlement and that this matter is likely to be dismissed by the parties. Defendant does not contest the continuance.

WHEREFORE, good cause having been shown to continue the pre-trial conference and trial in this matter, it is

ORDERED

That the pretrial conference and the trial in this matter are continued pending settlement of this claim. Counsel for plaintiff and defendant shall inform the court with respect to the status of this matter on or before January___, 2012.

DATED: _____ 2011                         _____
                                            LEONARD P. STARK, DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing **MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE** upon counsel for the Defendant:

Patricia Hannigan
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Via email and electronic service.

DATED: December 8, 2011        ____/s/ Kenneth T. Kristl_____
                               Kenneth T. Kristl, Esq.
                               Widener Environmental and Natural Resources Law Clinic
                               4601 Concord Pike
                               Wilmington, DE 19803
                               (302) 477-2053
                               Ktkristl@widener.edu

                               Attorney for Plaintiff