IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES B. CARTER,<br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL B. DONLEY,<br>SECRETARY OF THE<br>AIR FORCE,<br>Defendant. | )<br>)<br>)<br>)    No. 09-997 LPS<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

IT IS STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between counsel for the Plaintiff and counsel for the Defendant, on behalf of their respective clients, as follows:

    1. This action was commenced on December 28, 2009.

    2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

    3. The parties have agreed to resolve this action by tender of a signed declaration from a custodian of records for the Air Force. The declaration has been tendered to, and found satisfactory by, the Plaintiff.

    4. The parties hereby stipulate to the dismissal of this action, in its entirety, without prejudice.

DATED: January 25, 2012                    /s/ Kenneth T. Kristl
                                                                             Kenneth T. Kristl No. 5200
                                                                             Attorney for Plaintiff
                                                                             Widener University School of Law
                                                                             Environmental Law Clinic
                                                                             P.O. Box 7474
                                                                             Wilmington, DE 19803-0474
                                                                             (302) 477-2053
                                                                             (302) 477-2032 (fax)
                                                                             ktkristl@widener.edu

DATED: January 25, 2012                    Charles M. Oberly, III
                                                                             United States Attorney

                                                                           By: /s/ Lauren M. McEvoy
                                                                             Lauren M. McEvoy
                                                                             Assistant U.S. Attorney
                                                                             1007 Orange Street
                                                                             P.O. Box 2046
                                                                             Wilmington, DE 19899-2046
                                                                             (302) 573-6277
                                                                             (302) 573-6220 (fax)
                                                                             Lauren.McEvoy@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| CHARLES B. CARTER, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No. 09-997 LPS |
| | ) |
| MICHAEL B. DONLEY, | ) |
| SECRETARY OF THE | ) |
| AIR FORCE, | ) |
| Defendant. | ) |

**ORDER ON STIPULATION OF DISMISSAL**
(Fed R Civ P 41(a)(1))

Charles B. Carter, the Plaintiff, and Michael B. Donley, Secretary of the Air Force, the Defendant, have submitted a stipulation of dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1). It appears from inspection of the stipulation and the record of proceedings in this matter that the parties have reached agreement and have stipulated dismissal of this matter without prejudice.

IT IS THEREFOR ORDERED BY THE COURT that this matter is dismissed without prejudice, costs to be born by the parties.

DATED: _____ 2012  _____
                                                                                                    Judge, U.S. District Court